**En el Tribunal Supremo de Puerto Rico**

|  | **99 TSPR 130** |
|---|---|
| In re:<br><br>Lcda. Norma I. Villanueva Díaz | |

Número del Caso: **TS-7802**

Abogada de la Parte Peticionaria:

Lcda. Wanda Hernández Neris

Fecha: 8/20/1999

Materia: **Solicitud de Reinstalación**

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

In re:

Norma I. Villanueva Díaz

7802 Certiorari

Sala Especial de Verano integrada por su Presidente el Juez Asociado señor Negrón García y los Jueces Asociados señores Hernández Denton y Corrada del Río

**RESOLUCION**

San Juan, Puerto Rico, a 20 de agosto de 1999.

Examinada la moción de reinstalación de Norma I. Villanueva Díaz a la luz de la comparecencia del Colegio de Abogados, se accede a su petición y se ordena su reinstalación efectiva el 20 de agosto de 1999. Se le apercibe a la licenciada Villanueva que en el futuro deberá cumplir con su obligación de pagar regularmente su cuota colegial.

**Notifíquese por la vía telefónica y por escrito**.

**Publíquese**.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.


Carmen E. Cruz Rivera

Subsecretaria del Tribunal Supremo

Retornar al índice anterior